HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
MARC DAYS, CA Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
RANDY HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:14-CR-00234 AWI-BAM |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE STATUS |
| | ) CONFERENCE; ORDER THEREON |
| vs. | ) |
| | ) Date: February 23, 2015 |
| RANDY HERNANDEZ, | ) Time: 1:00 p.m. |
| | ) Judge: Barbara A. McAuliffe |
| Defendant. | ) |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, Assistant United States Attorney, Kathleen Servatius, Counsel for Plaintiff, Assistant Federal Defender, Marc Days, Counsel for Defendant, Randy Hernandez, that the status conference hearing currently set for December 22, 2014, at 1:00 p.m., may be rescheduled to February 23, 2015, at 1:00 p.m.

The requested continuance is necessary to provide the defense an opportunity to review discovery and the parties an opportunity to engage in plea negotiations. This continuance will conserve time and resources for both counsel and the court.

The parties agree that the delay resulting from the requested continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv). For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendant in a speedy trial.

///

|   |   |   |
|---|---|---|
| 1 |   | Respectfully submitted, |
| 2 |   | BENJAMIN B. WAGNER<br>United States Attorney |
| 3 |   |   |
| 4 | Dated:  December 19, 2014 | /s/ *Kathleen Servatius*<br>KATHLEEN SERVATIUS |
| 5 |   | Assistant United States Attorney<br>Attorney for Plaintiff |
| 6 |   |   |
| 7 |   | HEATHER E. WILLIAMS<br>Federal Defender |
| 8 |   |   |
| 9 | Dated:  December 19, 2014 | /s/ *Marc Days*<br>MARC DAYS |
| 10 |   | Assistant Federal Defender<br>Attorneys for Defendant |
| 11 |   | RANDY HERNANDEZ |

**O R D E R**

**IT IS SO ORDERED.**  For the reasons set forth above, the continuance requested is granted for good cause with the 2nd Status Conference continued from December 22, 2014 to February 23, 2015 at 1:00 PM before Judge McAuliffe.  Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:   **December 19, 2014**                    /s/ *Barbara A. McAuliffe*
                                                                                UNITED STATES MAGISTRATE JUDGE