BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:14-CR-00234 AWI-BAM |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| v. | |
| RANDY HERNANDEZ, | |
| Defendant. | |

  IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Marc Days, attorney for the defendant, that a status conference scheduled for February 8, 2016 at 1:00 pm before the Honorable Barbara A. McAuliffe, U.S. Magistrate Judge be continued to March 14, 2016.  The reason for the request is because defense counsel needs additional time for further investigation.  Additionally, the assigned AUSA will be out of state for professional business, and can be present on March 14, 2016.

///

///

///

///

///

The parties further request the Court to enter an Order finding that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay occasioned by such continuance is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated: February 4, 2016              Respectfully submitted,

                                     BENJAMIN B. WAGNER
                                     United States Attorney

                              By     /s/ Kimberly A. Sanchez
                                     KIMBERLY A. SANCHEZ
                                     Assistant U.S. Attorney

Dated: February 4, 2016              /s/ Marc Days
                                     MARC DAYS
                                     Attorney for Defendant

ORDER

IT IS SO ORDERED THAT the 7th Status Conference is continued from February 8, 2016 to March 14, 2016 at 1:00PM before Judge McAuliffe.  Time is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated:  **February 4, 2016**              /s/ Barbara A. McAuliffe
                                          UNITED STATES MAGISTRATE JUDGE