1 | BENJAMIN B. WAGNER
United States Attorney
2 | KIMBERLY A. SANCHEZ
Assistant United States Attorney
3 | 2500 Tulare Street, Suite 4401
Fresno, CA 93721
4 | Telephone: (559) 497-4000
Facsimile: (559) 497-4099
5 |
Attorneys for Plaintiff
6 | United States of America

7

8                          UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,                Case No.  1:14-CR-00234-DAD-BAM

12 |              Plaintiff,

13 |       v.                                 PRELIMINARY ORDER OF FORFEITURE

14 | RANDY HERNANDEZ,

15 |              Defendant.

16

17        Based upon the plea agreement entered into between United States of America and

18 defendant Randy Hernandez, it is hereby ORDERED, ADJUDGED AND DECREED as

19 follows:

20        1.      Pursuant to 21 U.S.C. § 853(a), defendant Randy Hernandez' interest in the

21 following property shall be condemned and forfeited to the United States of America, to be

22 disposed of according to law:

23             a.   Approximately $3,041.00 in U.S. Currency.

24        2.      The above-listed assets constitutes or is derived from any proceeds obtained by the

25 defendant, directly or indirectly, and is property used, intended to be used, in any manner or part,

26 to commit, or to facilitate the commission of, a violation of 21 U.S.C. § 841(a)(1).

27        3.      Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized

28 to seize the above-listed property.  The aforementioned property shall be seized and held by the

PRELIMINARY ORDER OF FORFEITURE                    1

1   United States Marshals Service in its secure custody and control.

2       4.      a. Pursuant to 21 U.S.C. § 853(n), and Local Rule 171, the United States shall

3   publish notice of the order of forfeiture.  Notice of this Order and notice of the Attorney

4   General's (or a designee's) intent to dispose of the property in such manner as the Attorney

5   General may direct shall be posted for at least 30 consecutive days on the official internet

6   government forfeiture site www.forfeiture.gov.  The United States may also, to the extent

7   practicable, provide direct written notice to any person known to have alleged an interest in the

8   property that is the subject of the order of forfeiture as a substitute for published notice as to those

9   persons so notified.

10          b. This notice shall state that any person, other than the defendant, asserting a

11  legal interest in the above-listed property, must file a petition with the Court within sixty (60)

12  days from the first day of publication of the Notice of Forfeiture posted on the official

13  government forfeiture site, or within thirty (30) days from receipt of direct written notice,

14  whichever is earlier.

15      5.      If a petition is timely filed, upon adjudication of all third-party interests, if any,

16  this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(a), in which all

17  interests in the above-listed property will be addressed.

18  IT IS SO ORDERED.

19

20  Dated:   **May 1, 2016**                    _____
                                                UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

PRELIMINARY ORDER OF FORFEITURE                    2